ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE SANTA CLARA COUNTY AUTOMOTIVE TRADES | ) ) ) | NO. C 06 2576 CRB |
| Plaintiff, | ) ) | |
| vs. | ) ) | NOTICE OF VOLUNTARY DISMISSAL |
| FALORE'S SUNNYVALE JEEP/ EAGLE, et al. | ) ) ) | |
| Defendant. | ) ) ) | |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for September 22, 2006 at 8:30 a.m. in Courtroom No. 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:    September 18, 2006        ERSKINE & TULLEY

By:    /s/ Michael J. Carroll
       Michael J. Carroll
       Attorneys for Plaintiff

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

September 20, 2006

NOTICE OF VOLUNTARY DISMISSAL